STAN S. MALLISON (Cal. State Bar No. 18491)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs
Juan Ruiz, Juana Martinez, Jesus Lozoya, and Richard Rodriguez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
zacharyhutton@paulhastings.com

Attorneys for Defendant
F. Korbel & Bros., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, RICHARD RODRIGUEZ,<br><br>          Plaintiffs,<br><br>     vs.<br><br>F. KORBEL & BROS. INC.,<br><br>          Defendant. | No. 1:08-CV-00417-LJO-SMS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT AND WITHDRAWING DEFENDANT'S MOTION TO DISMISS** |

**STIPULATION**

Plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, and Richard Rodriguez and defendant F. Korbel & Bros., Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. On March 12, 2008, plaintiffs commenced this action by filing their complaint against defendant.

2. On May 7, 2008, defendant filed its Motion to Dismiss Plaintiffs' First Cause of Action (AWPA Claim); to Dismiss or Strike Plaintiffs' Class and Individual Claims; or to Limit Plaintiffs' Class Allegations to Heck Cellars (the "Motion to Dismiss"). The Motion to Dismiss is scheduled to be heard by the Court on June 10, 2008.

3. After defendant filed the Motion to Dismiss, the parties conferred and agreed that in return for plaintiffs' filing a First Amended Complaint no later than June 5, 2008, defendant would withdraw the Motion to Dismiss.

4. The parties also agreed the defendant would have 20 days after the First Amended Complaint were filed with leave of the Court to object to, answer, or otherwise respond to the First Amended Complaint.

5. The parties therefore respectfully request the Court to adopt this stipulation and order that:

    a. plaintiffs are granted to leave to file their First Amended Complaint no later than June 5, 2008;

    b. defendant will have 20 days after the First Amended Complaint is filed with leave of the Court to object to, answer, or otherwise respond to the First Amended Complaint; and

    c. defendant's Motion to Dismiss is withdrawn.

///
///
///
///
///

Dated:  May 27, 2008.    STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ

By: _____/s/ Stan S. Mallison_____
Stan S. Mallison
Attorneys for Plaintiffs Juan Ruiz, Juana Martinez,
Jesus Lozoya, and Richard Rodriguez

Dated:  May 27, 2008.    JEFFREY D. WOHL
ZACHARY P. HUTTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Zachary P. Hutton_____
Zachary P. Hutton
Attorneys for Defendant F. Korbel & Bros., Inc.

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

**IT IS SO ORDERED**

Dated:  May 29, 2008.　　　　　　　　　　____/S/ LAWRENCE J. O'NEILL_____
　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　United States District Judge