STAN S. MALLISON (Cal. State Bar No. 18491)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs
Juan Ruiz, Juana Martinez, Jesus Lozoya,
Richard Rodriguez, and Rosario Perez


JEFFREY D. WOHL (Cal. State Bar No. 96838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
zacharyhutton@paulhastings.com

Attorneys for Defendant
F. Korbel & Bros., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, RICHARD RODRIGUEZ, ROSARIO PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>F. KORBEL & BROS. INC.,<br><br>Defendant. | No. 1:08-CV-00417-LJO-SMS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TAKING JULY 21, 2008, SCHEDULING CONFERENCE OFF CALENDAR AND STAYING PROCEEDINGS PENDING PRIVATE MEDIATION** |

# **STIPULATION**

Plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, Richard Rodriguez, and Rosario Perez and defendant F. Korbel & Bros., Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. On March 12, 2008, plaintiffs commenced this action by filing their complaint against defendant.

2. The parties have a scheduling conference before the Court on July 21, 2008, at 8:15 a.m.

3. The parties have agreed to an exchange of documents before submitting this action to private mediation. The parties are in the process of scheduling the mediation, and anticipate it will take place sometime in October 2008.

4. Accordingly, the parties request that the Court take the July 21, 2008, scheduling conference off calendar, relieving the parties of submitting statements prior to that conference. The parties further request that the Court stay all proceedings in this action, with the exception of any proceedings related to document requests propounded by the parties, pending the outcome of the parties' private mediation. Following the mediation, the parties will report back to the Court on the status of the case.

Dated: July 8, 2008.

STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ

By: _____/s/ Stan S. Mallison_____
Stan S. Mallison
Attorneys for Plaintiffs Juan Ruiz, Juana Martinez,
Jesus Lozoya, Richard Rodriguez, and Rosario Perez

Dated: July 8, 2008.

JEFFREY D. WOHL
ZACHARY P. HUTTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Zachary P. Hutton_____
Zachary P. Hutton
Attorneys for Defendant F. Korbel & Bros., Inc.

# **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the July 21, 2008, scheduling conference in this matter be taken off calendar; that the parties be relieved of the obligation of submitting statements prior to that conference; and that all proceedings in this case, with the exception of any proceedings related to document requests propounded by the parties, be stayed pending the parties' planned private mediation. The parties are directed to report back to the Court on the status of the case by October 31, 2008.

Dated: July 8, 2008.

_____/S/ LAWRENCE J. O'NEILL_____
Lawrence J. O'Neill
United States District Judge