STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs
Juan Ruiz, Juana Martinez, Jesus Lozoya,
Richard Rodriguez, and Rosario Perez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
zacharyhutton@paulhastings.com

Attorneys for Defendant
F. Korbel & Bros., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, RICHARD RODRIGUEZ, and ROSARIO PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>F. KORBEL & BROS. INC.,<br><br>Defendant. | No. 1:08-CV-00417-LJO-SMS<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT AND ORDER EXTENDING STAY OF PROCEEDINGS PENDING PRIVATE MEDIATION** |

LEGAL_US_W # 60315156.1

JOINT STATUS REPORT AND [PROP] ORDER
U.S.D.C., E.D. Cal., No. 1:08-CV-00417-LJO-SMS

Pursuant to the Court's July 8, 2008 Order, plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, Richard Rodriguez, and Rosario Perez and defendant F. Korbel & Bros, Inc. (collectively the "parties"), submit the following Joint Status Report.

1. On July 8, 2008, the Court issued an order staying all proceedings in this matter, pending private mediation by the parties. The Court's order directed the parties to report back to the Court on the status of the case by October 31, 2008.

2. The parties have a private mediation scheduled with Mark Rudy on November 19, 2008. The parties request that the Court extend its stay of all proceedings in this matter pending the outcome of the mediation. Following the mediation, the parties will report back to the Court on the status of the case.

Dated: October 31, 2008.  STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ

By: */s/ Stan S. Mallison*
Stan S. Mallison
Attorneys for Plaintiffs Juan Ruiz, Juana Martinez,
Jesus Lozoya, and Richard Rodriguez

Dated: October 31, 2008.  JEFFREY D. WOHL
ZACHARY P. HUTTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: */s/ Zachary P. Hutton*
Zachary P. Hutton
Attorneys for Defendant F. Korbel & Bros., Inc.

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the all proceedings in this case, with the exception of any proceedings related to document requests propounded by the parties, shall continue to be stayed pending the parties' private mediation scheduled for November 19, 2008. The parties are directed to report back to the Court on the status of the case by December 1, 2008.

Dated:  November 3, 2008    __/S/ LAWRENCE J.O'NEILL_____
                                                                      Lawrence J. O'Neill
                                                                     United States District Judge