STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California  94549
Telephone:  (925) 283-3842
Facsimile:  (925) 283-3426

Attorneys for Plaintiffs
Juan Ruiz, Juana Martinez, Jesus Lozoya,
Richard Rodriguez, and Rosario Perez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
zacharyhutton@paulhastings.com

Attorneys for Defendant
F. Korbel & Bros., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, RICHARD RODRIGUEZ, and ROSARIO PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>F. KORBEL & BROS. INC.,<br><br>Defendant. | No. 1:08-CV-00417-LJO-SMS<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT AND ORDER** |

Pursuant to the Court's November 3, 2008 Order, plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, Richard Rodriguez, and Rosario Perez and defendant F. Korbel & Bros, Inc. (collectively the "parties"), submit the following Joint Status Report.

1. The parties have tentatively agreed to settle this matter.

2. The parties' settlement will require the Court's approval.  The parties anticipate that in the next 20 days, they will file papers with the Court that will enable this action to proceed to resolution.

3. The parties ask the Court to continue the stay in the case until the parties file their papers and for such time as this Court requires to consider the preliminary and final approval of the proposed settlement.

Dated: December 1, 2008.   STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ

By: */s/ Stan S. Mallison*
Stan S. Mallison
Attorneys for Plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, and Richard Rodriguez

Dated: December 1, 2008.   JEFFREY D. WOHL
ZACHARY P. HUTTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: */s/ Zachary P. Hutton*
Zachary P. Hutton
Attorneys for Defendant F. Korbel & Bros., Inc.

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that all proceedings, other than those relating to the preliminary and final approval of the proposed settlement, shall continue to be stayed pending preliminary and final approval of the proposed settlement. This stay shall be in effect, absent further guidance from this court, pending final approval of the proposed settlement.

Dated: December 2, , 2008.      ____/S/ LAWRENCE J. O'NEILL_____
Lawrence J. O'Neill
United States District Judge