STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California 94549-3902
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs Juan Ruiz, Juana Martinez, Jesus
Lozoya, Richard Rodriguez, and Rosario Perez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
CHRISTINA F. LATTA (Cal. State Bar No. 257315)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant F. Korbel & Bros., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, RICHARD RODRIGUEZ, and ROSARIO PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>F. KORBEL & BROS., INC.,<br><br>Defendant. | No. 1:08-CV-00417-LJO-SMS<br><br>**STIPULATION TO DISMISSAL OF PLAINTIFF ROSARIO PEREZ'S CLAIMS WITH PREJUDICE; ORDER** |

**STIPULATION**

Plaintiff Perez and Korbel, acting through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that plaintiff Perez's claims against Defendant be dismissed with prejudice, each side bearing its own costs and attorneys' fees. This dismissal is without prejudice to the claims of the remaining plaintiffs, including their claims on behalf of the class they propose.

Dated: January 16, 2009.   STAN S. MALLISON
                           HECTOR R. MARTINEZ
                           MARCO A. PALAU
                           LAW OFFICES OF MALLISON & MARTINEZ

                           By:  /s/ Stan Mallison
                                Stan S. Mallison
                           Attorneys for Plaintiffs Juan Ruiz, Juana Martinez, Jesus
                           Lozoya, Richard Rodriguez, and Rosario Perez

Dated: January 16, 2009.   JEFFREY D. WOHL
                           ZACHARY P. HUTTON
                           PAUL, HASTINGS, JANOFSKY & WALKER LLP

                           By:  /s/ Jeffrey D. Wohl
                                Jeffrey D. Wohl
                           Attorneys for Defendant F. Korbel & Bros., Inc.

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the claims of plaintiff Rosario Perez be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.  This dismissal is without prejudice to the claims of the remaining plaintiffs, including their claims on behalf of the class they propose.

Dated:  January 20, 2009.

\_\_\_\_/s/ LAWRENCE J O'NEILL\_\_\_\_\_
Lawrence J. O'Neill
United States District Judge