## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JUAN RUIZ, ET AL.,**

CASE NO: **1:08–CV–00417–LJO–SMS**

V.

**F. KORBEL BROS. INC.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 4/29/09**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 29, 2009**

by: /s/ J. Hellings
Deputy Clerk