STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, California  94549-3902
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Attorneys for Plaintiffs Juan Ruiz, Juana Martinez,
Jesus Lozoya, and Richard Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ, JESUS LOZOYA, and RICHARD RODRIGUEZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>F. KORBEL & BROS., INC.,<br><br>　　　　　Defendant. | No.  1:08-CV-00417-LJO-SMS<br><br>**ORDER:**<br><br>**(1)　GRANTING PLAINTIFFS' ATTORNEYS FEES**<br><br>**(2)　GRANTING REIMBURSEMENT OF PLAINTIFFS' ATTORNEY COSTS**<br><br>**(3)　AWARDING CLASS REPRESENTATIVE PAYMENTS**<br><br>Date:　　　April 29, 2009<br>Time:　　　8:30 a.m.<br>Courtroom:　4<br>Judge:　　　Hon. Lawrence J. O'Neill |

On April 29, 2009, a hearing was held on the joint motion of plaintiffs Juan Ruiz, Juana Martinez, Jesus Lozoya, and Richard Rodriguez ("Plaintiffs"), for and award of attorneys fees, reimbursement of expenses, and Award of Class Representatives Payments.

　　　　1.　　Having received and considered the Settlement, the supporting papers filed by the Parties, and the evidence and argument received by the Court before entering the Preliminary Approval Order and at the final approval hearing, the Court grants final approval award of attorneys fees, reimbursement of expenses, and Award of Class Representatives Payments, and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

2. Class Representative Juan Ruiz is awarded a Class Representative Payment of $5000 pursuant to the terms of the settlement agreement.

3. Class Representative Juana Martinez is awarded a Class Representative Payment of $5000 pursuant to the terms of the settlement agreement.

4. Class Representative Jesus Lozoya is awarded a Class Representative Payment of $5000 pursuant to the terms of the settlement agreement.

5. Class Representative Richard Rodriguez is awarded a Class Representative Payment of $5000 pursuant to the terms of the settlement agreement.

6. Plaintiffs Class Counsel is awarded $250,000 pursuant to the terms of the settlement agreement.

7. Plaintiffs Class Counsel is awarded $10,000 pursuant to the terms of the settlement agreement.

8. Without affecting the finality of this Final Approval Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

9. The Parties are hereby ordered to comply with the terms of the Settlement.

10. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement.

Dated:  April 30, 2009.

/s/ Lawrence J. O'Neill

Lawrence J. O'Neill
United States District Judge