# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ JESUS LOZOYA, and RICHARD RODRIGUEZ,<br>           Plaintiffs,<br><br>      vs.<br><br>F. KORBEL & BROS., INC.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 08-0417 LJO SMS<br><br>**ORDER TO CLOSE CASE** |

    Judgment in this matter has been entered.  Therefore, the clerk is directed to CLOSE this action. IT IS SO ORDERED.

**Dated:**   **October 27, 2009**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE