**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN RUIZ, JUANA MARTINEZ JESUS LOZOYA, and RICHARD RODRIGUEZ,<br>　　　　　　Plaintiffs,<br>　vs.<br>F. KORBEL & BROS., INC.,<br>　　　　　　Defendants.<br>_____ / | CASE NO. CV F 08-0417 LJO SMS<br><br>**ORDER TO CLOSE CASE** |

　　Judgment in this matter has been entered. Therefore, the clerk is directed to CLOSE this action. IT IS SO ORDERED.

**Dated:** __October 27, 2009__　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1